UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:17–cv–01741–JVS–KES          Date   2/26/2018

Title   RENEE OLACHEA V. STEARNS LENDING, LLC

Present: The Honorable   James V. Selna  , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kevin Epps | K. Issac DeVyver |
| Adam Hoipkemier | |

**Proceedings:   Defendant Stearns Lending LLCs Motion to Strike Breach of Contract Class Allegations and Defendant Stearns Lending LLCs Motion to Dismiss**

    Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court DENIED the defendants motions referenced above and rules in accordance with the tentative ruling attached.

 :10

Initials of Preparer:  kt