MCGUIREWOODS LLP
PIPER A. WALDRON SBN #291482
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

K. Issac deVyver (admitted *pro hac vice*)
Karla L. Johnson (admitted *pro hac vice*)
Tower Two-Sixty, 260 Forbes Ave., Ste. 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

*Attorneys for Defendant Stearns Lending, LLC*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE OLACHEA, LORI SOLARSKI, and CASSANDRA SCHAEG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEARNS LENDING, LLC,<br><br>Defendant. | CASE NO. 8:17-cv-01741-JVS-KES<br><br>**JUDGMENT**<br><br>*[Filed Concurrently with (1)Motion for Summary Judgment, (2) Statement of Uncontroverted Facts and Conclusions of Law; (3)Appendix of Evidence]*<br><br>Complaint Filed: October 05, 2017<br>Amended Complaint Filed July 9, 2018<br><br>The Hon. James V. Selna |

1
JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT

# JUDGMENT

The Motion for Summary Judgment of Defendant Stearns Lending, LLC was heard at hearing before the Court on June 10, 2019. After full consideration of the evidence, authorities, and argument submitted by the parties, including oral argument,

IT IS ORDERED, ADJUDGED AND DECREED that Stearns Lending LLC's Motion for Summary Judgment is GRANTED and judgment is entered in favor of Stearns Lending, LLC and against Plaintiff Lori Solarski. Plaintiff's Complaint and her claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE